NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001079
01-JUL-2014
09:28 AM

NO. CAAP-12-0001079

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
DEREK CAVILLIS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FCCR NO. 09-1-159K)

ORDER OF CORRECTION
(By:  Foley, J., for the court[1])

IT IS HEREBY ORDERED that the caption for the (1) Summary Disposition Order filed April 25, 2014; (2) Order Denying Motion for Reconsideration filed May 8, 2014; (3) Order Denying Without Prejudice Request For Attorney's Fees filed June 4, 2014; and (4) Order Approving Request for Attorney's Fees filed June 30, 2014 is corrected as follows: the portion of the caption for each document that reads "APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT" shall read "APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, July 1, 2014.

FOR THE COURT:

Presiding Judge

---

[1]  Considered by Foley, Presiding J., Leonard and Reifurth, JJ.